# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ALISHEA PLUMBER** | : | **CIVIL ACTION NO. 17-cv-1390** |
| **VERSUS** | : | **JUDGE WALTER** |
| **EUGENE McCOWN, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## REPORT AND RECOMMENDATION

In a Memorandum Ruling issued this date, the court granted plaintiff's Motion for Leave of Court to File a First Supplemental and Amended Complaint. The amended complaint adds a non-diverse defendant which destroys this court's subject matter jurisdiction. Title 28 U.S.C. § 1447(e) provides: "[i]f after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to State court." Accordingly,

**IT IS RECOMMENDED** that this matter be **REMANDED** to the 14th Judicial District Court, Calcasieu Parish, Louisiana.

Pursuant to 28 U.S.C. § 636(b)(1(C) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties have fourteen (14) days from receipt of this Report and Recommendation to file written objections with the Clerk of Court. Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days of receipt shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon

grounds of plain error. *See Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1429-30 (5th Cir.1996).

THUS DONE this 19th day of March, 2018.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE