UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ALISHEA PLUMBER | * | CIVIL ACTION NO. 2:17-CV-1390 |
| v. | * | JUDGE DONALD E. WALTER |
| EUGENE MCCOWN, ET AL | * | MAGISTRATE JUDGE KAY |

*************************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 21) of the Magistrate Judge previously filed herein, after an independent review of the record and a *de novo* determination of the issues, noting the absence of objections, the court determines that the findings are correct under applicable law. Accordingly,

**IT IS ORDERED** that this case be and is hereby **REMANDED** to the 14th Judicial District Court, Calcasieu Parish, Louisiana.

Shreveport, Louisiana, this 4 day of April, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE